COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Jeffery Lee Guillory
Camp D - Hawk 2-L-8 DOC No. 126268
Louisiana State Prison
Angola, LA 70712

**REHEARING ACTION: June 18, 2014**

**Docket Number: 14   00094-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JEFFERY LEE GUILLORY**

**Writ Application from Lafayette Parish Case No. 119186**

**BEFORE JUDGES:**

**Hon. John D. Saunders**
**Hon. Billy Howard Ezell**
**Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Jeffery Lee Guillory** has this day been

**DENIED.**

cc: Michael Harson, Counsel for the Respondent